UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| IN RE: TIMOTHY PAUL RIENDEAU, MARIETTE GEORGETTE RIENDEAU, Debtors | ) ) ) ) ) | Chapter 13 Case No.: 21-20089 |
| TIMOTHY PAUL RIENDEAU, MARIETTE GEORGETTE RIENDEAU, Plaintiffs v. TOWN OF SABATTUS, CHRISTOPHER AMES, and ANN FRENCH, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary Proceeding Case No.: 21-02010 |

## ORDER APPROVING MOTION TO COMPROMISE ADVERSARY PROCEEDING

This matter came before the Court on Debtors Motion to Compromise Adversary Proceeding ("Motion") (DE #(102). The Court have reviewed the Motion and no objections having been filed or the Court having heard and overruled all objections, it is,

HEREBY Ordered as follows:

1. The Motion is granted.

2. The Settlement Agreement is approved upon the terms outlined in the Motion.

3. The settlement proceeds are exempt and free and clear of all administrative claims except the reserved right of Debtors' counsel to assert a claim to the proceeds pursuant to 11 U.S.C §522(k).

4. This adversary proceeding is dismissed with prejudice and without costs.

5. The Town is authorized to pay the settlement proceeds directly to the Debtors' counsel to be held in counsel's trust account pending further order of court.

Dated: August 28, 2023

/s/ Peter G. Cary
Bankruptcy Judge
District of Maine